IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

FEB 1 7 2000



ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-00-329-W |
| | ) | |
| **COMPREHENSIVE COMMUNITY** | ) | |
| **SERVICES, INC., a/k/a CCSI,** | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT JUDGMENT

Advised by the parties of their desire to enter into a consent judgment, the Court finds:

1.    The Court has jurisdiction over the subject matter and the parties to this litigation.

2.    On the claims in the Complaint, the parties have agreed on the entry of judgment in favor of the plaintiff United States against Defendant Comprehensive Community Services, Inc., a/k/a CCSI, in the sum of $200,000.00 (Two Hundred Thousand Dollars), as of March 1, 2000, according to the terms set forth in the Settlement Agreement.

**IT IS THEREFORE SO ORDERED, ADJUDGED AND DECREED** that plaintiff United States have judgment against Defendant Comprehensive Community Services, Inc., a/k/a CCSI, in the sum of $200,000.00 (Two Hundred Thousand Dollars), as of _17th_ day of _February_, 2000, according to the terms set forth in the Settlement Agreement.

DATED: _February 17, 2000_

_____
UNITED STATES DISTRICT JUDGE

ENTERED ON JUDGMENT DOCKET ON  2-17-00

Approval and Consent to Entry of Judgment

**FOR PLAINTIFF**:

DANIEL G. WEBBER, JR.
United States Attorney

Steven K. Mullins
Assistant U.S. Attorney
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
Phone:  (405) 553-8700
Fax:  (405) 553-8885

**FOR DEFENDANT**:

RICHARD R. RICE, ESQ.  OBA  15129
2801 Parklawn Drive, Suite 500
Midwest City, OK 73110
Phone: (405) 737-7423
Fax: (405) 737-6507

Attorney for Defendant

2